12/14/17

To: Marvin

From: Valerie Brenston

Re: Notice That A Complaint Will Be Filed on 12/28/17 Against Mers/Mo Goodwill Industries and The City Of St. Louis

We Are Also Requesting Names Of Employees Involved In My Complaint

    I would like to begin my letter to you by apologizing that I never called you to express my unhappiness and the severe abuse that I experienced while working at The Gateway Transit Center. On day one I was told that if I didnt kiss the white shirts butt I would be dismissed. (the lady that trained me made this statement) My response was, "I wont be here long because Im not kissing nobodys butt" This is exactly what happened. I refused to suck up and I had problems.
    I will be filing two counts of sexual harassment and three counts of abuse, retaliation, and harassment. My #1 case is against DaVonne. He told me that he could make me feel

21 again, licked his tongue out at me and did several other offenses. I did inform Mark + Charles. He was eventually removed from the job site.

#2 Charles sexually harrassed me. He had a different strategy and when none of those strategies worked he calmed down and started a normally friendly relationship. Somehow I went from having coffee in the supervisors room to him calling his boss to have me removed. It wasn't me mentioning my attorney that caused him to call his boss. It was me stating, "I can't take any more. I think its time for Marvin to come on the job site." I will go into details on what happened with my attorney EEOC and the labor Board. Your employment manager seemed to think something was funny and brushed off and said, "go right ahead" when I mentioned the Labor Board. I saw nothing funny. This is serious business and Mers Goodwill shall realize this

#3 Your employment manager. Please send me her name and title. I thought she was a little harsh, ghetto, and overall unprofessional as we were going over what happened at Gateway Transit. Questioning me on why I took notes.

My notes are very important to my lawsuit.

#4 Sandy was rude, harassed me, not picked on anything. She checked my restrooms and never checked Dons restrooms which smelled of urine. I have a log of her not checking his restrooms.

#5 Don - don't know what happened here, he just began some sort of competition with me. He would mop the entire floor. Even mopped over the passengers to impress the supervisors. teamed up with them against me. walked the rounds with them, he even did security work while I cleaned the facility. I actually thought the behavior was truly unbelievable.

#6 Mark - neglected to guide me through. I told him over + over + over that I'm having issues with Don, his response was, "just let him mop until he can't mop anymore." He never told me what the proper attire was, laughed when I told him Davonne sexual harassed me. Just neglected to guide me knowing the "white shirts" were harassing me.

I also need the first and last Names of All those mentioned in my complaint and the name and

address of the transit facility. I will also need the last names of Charles and Sandy + their supervisor. Need the last names of Don, Mark and Davonne.

We are willing to settle this matter on or before 1/8/18 for the amount of twelve months salary. Its in my opinion that this amount is more than fair with all the issues before us. My main complaint will be against Davonne. He licked his tongue out in a sexual manner and told me that he could make me feel 21 yrs old again. I found his behavior outrageous. I did report his behavior to Mark + Charles. Mark thought is was funny.

In closing I need to hear from you before January 8, 2018. The 180 day deadline to file a complaint with EEOC expires 1/10/18. Most attorneys require that a complaint be filed with them. I can be reached at 314 610-7244. My address is 5374 Clayton, Stlouis, Mo. 63126

cc: file
EEOC
Labor Board
Attorney

I would also like to mention that Cynthia who is no longer with Mers Goodwill Industries aware of what happened during those first few weeks. We will be calling on her as a witness.

I wanted to call you but she told me to try to stick it out and that things will get better. She didn't want your department to have a negative image of the ACCESS Program because I didn't work out. That was not the appropriate thing to do.

I apologize again for not getting you involved from day one of my mistreatment I was mistreated, abused, and sexually harassed.

Signed,
Vallerie Bruston

Answers to Questionaire - MERS GW

1. Valerie Brenston Smith
2. 205 No. 9th Street, St. Louis, MO 63121
3.)
4.)
5.) 314-610-7244
6.) brenstonv@gmail.com
7.) SLU Law Clinic
8. Mers Goodwill
9.) unsure - Thousands / may 12 at my particular job site
10.) Janitor / Housekeeper
11.) $12.34 per hr.
11a.) Pd. hourly
11b.) Avg number of hours worked 24hrs
11c.) NO
11d.) Approximately 2 per shift - 3 shifts
12.) Approximately 3 months
13.) February 4, 20 1956
14.) See attached

11.e. unknown

15. The events began on my first day of employment April 6, 2017.

16. The events ended on my last day of employment

17. See enclosed outline of events

18. I believe my employer did not discriminate against me because of my age, race, religion, politics. In the case against Mers Goodwill a 24, 25 yr old employee sexual harassed me by telling me on several occasions that he could make me feel like I'm 22 again. He licked his tounge at me on several occasions. Invited me to smoke weed with him in his secret hideout. My response was I don't smoke weed. And I also educated him that he is putting the company in jeopardy by making sexual advances towards me. I informed my immediate supervisor. He was eventually transferred to another job site, due to his lack of work at the Gateway Transportation.

19. Already addressed

20. Yes, I have filed a "Charge of Discrimination" with the Equal Employment Opportunity Commission.

21. Charge was filed on 3/26/18

22. Yes I have received a Notice of Right To Sue from the Equal Employment Opportunity Commission.

23. The Date of Right To Sue is 4/25/18

24) In addition to my outline and/or letter to Marvin is that I was dismissed because I continue to make threats to hire a lawyer, file a complaint. Charles emailed somebody at City Hall that controls the contract, that I was making threats to get an attorney, EEOC and my boss Marvin Washington involved and it was at that point. The person from City Hall gave the order to fire me.

As Marvin Washington was outlining to the employment manager at Goodwill Industries what happened (he was trying to get me reinstated) he mentioned that I was threatning to sue + complaining and thats why I was fired.

Questionaire                                                      6/30/18
Answers to Questionaire

1. Valerie Brenston-Smith
2. 205 No. 9th Street, St.Louis, MO. 63101
3.)
4.)
5.) 314 610-7244
6.) brenstonroc@gmail.com
7.) SLU Law Clinic
8.) Gateway Transportain - City of St.Louis
   1114 Market Street Rm 700, St.Louis
   Mo. 63101
9.) unknown
10.) Janitor
11.) 12.34
11a. hourly
11b. 24-28
11c. No overtime
11e. unknown   11d. 2 per shift 3 shifts
(6)
12. Approximately 3 months
13. 2/14/1956
14. I was hired by Goodwill Industries my worksite was Gateway Transportation. On my very first day, I was warned by the young lady that trained me. She stated to beware of the white shirts and if I did not kiss their ass I wasn't going to be there long. My response was that I am not going to be there long because I am not

ride. He wrote me up. And on another occasion. I mopped an area that I did not know had already been mopped. I spoke out to Don my coworker and said I only have a problem when I work with Don because he doesn't communicate with me. I then stated that its time to get Marvin Washington down here and for me to call my lawyer because I refuse to continue to be abused. Charles emailed what I said and I was fired immediately. See outline for further details.

15.) Events began from my first day throughout my employment. Unsure of dates.

16. I was fired. Everything ended

17. I was devastated because of the loss of wages so suddenly.

18. Sandy discriminated with me in my opinion because of my race. Charles sexually harassed me and used his power against me because I refused to comply to what he wanted me to do.

19. I personally don't know why I was discriminated against, abused, misused, dis

respected. Its usually because an individual does feel good about themselves and/or suffers from low self esteem.

20. Yes, I have filed a "Charge of Discrimination" with the Equal Employment Opportunity Commission.

21. Charge filed March 24, 2018

22. Yes, I have received a "Notice of Right To Sue" from the Equal Employment Opportunity Commission.

23. The date of the "Notice of Right To Sue" is April 25, 2018

24. I believe I have covered everything. As I came onto the grounds of the Gateway Transportation I was warned that if I didn't kiss butt that I wouldn't be there long. I responded, "I'm not gone kiss butt" so I won't be here that long." And that is how my short time at Gateway began & ended.

(#1)  RTS expires c. 7/25/18

7/2/18

TO: Sedey Harper Westoff P.C.
Attorneys At Law

RECEIVED JUL - 5 2018 BY:____

From Valerie Brenston

Re: Possible lawsuits Against Gateway Transportation - St Louis City and Goodwill Industries

    I reached out to you a few years ago regarding another case. That case was settled out of court. I did keep your questionaire and would like for you to consider two new cases. I do have two "Right to Sue" letters.

    I apologize for getting these documents to you on such late notice. I have answered all questions from the questionaire.

    I thank you and hope to hear from you soon. If this is something you do not want to pursue please let me know as soon as possible so that I can move forward.

Signed,
Valerie Brenston

# SOWERS | WOLF

JILL A. SILVERSTEIN
js@sowerswolf.com

July 11, 2018

Valerie Brenston
5374 Claxton Avenue
Apt #2F
St. Louis, MO 63120

Ms. Valerie Brenston:

After reviewing the information you provided, we have decided not to handle your potential claim and **will be taking no actions on your behalf.**

By not handling this matter I am expressing no opinion on your potential claim.

I can refer to you other resources for an attorney who practice in employment law. Those websites are:
**www.workplacefairness.org** , and then SCROLL DOWN the home page to the section "Find an Employment Attorney". This site also has good resources for other work-related issues;
and **www.nela.org** , and the GO TO "Find a Lawyer" button on the left side of the screen.

We wish you the best of luck in the future.

Sincerely,

Jill A. Silverstein

Sowers & Wolf, LLC  Attorneys at Law
530 Maryville Centre Drive, Suite 460  St. Louis, Missouri 63141
314 744-4010 (Phone)   314 744-4026 (Fax)