# SOWERS | WOLF

JILL A. SILVERSTEIN
js@sowerswolf.com

July 11, 2018

Valerie Brenston
5374 Claxton Avenue
Apt #2F
St. Louis, MO 63120

Ms. Valerie Brenston:

After reviewing the information you provided, we have decided not to handle your potential claim and **will be taking no actions on your behalf.**

By not handling this matter I am expressing no opinion on your potential claim.

I can refer to you other resources for an attorney who practice in employment law. Those websites are:
**www.workplacefairness.org** , and then SCROLL DOWN the home page to the section "Find an Employment Attorney". This site also has good resources for other work-related issues;
and **www.nela.org** , and the GO TO "Find a Lawyer" button on the left side of the screen.

We wish you the best of luck in the future.

Sincerely,

Jill A. Silverstein

Sowers & Wolf, LLC  Attorneys at Law
530 Maryville Centre Drive, Suite 460  St. Louis, Missouri 63141
314 744-4010 (Phone)   314 744-4026 (Fax)