**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| VALERIE BRENSTON,<br><br>Plaintiff,<br><br>v.<br><br>MERS/MISSOURI GOODWILL INDUSTRIES,<br><br>Defendant. | No. 4:18-CV-1239 RLW |

## MEMORANDUM AND ORDER

On February 5, 2019, Defendant Mers/Missouri Goodwill Industries filed its Motion to Compel Rule 26 Initial Disclosures from Plaintiff. (ECF No. 21). Defendant claims that Plaintiff Valerie Brenston did not make her Rule 26(a)(1) disclosures on January 14, 2019, as required by the Court's December 14, 2018 Case Management Order (ECF No. 20). On February 15, 2019, Defendant filed a Supplemental Memorandum of Law in Support of its Motion to Compel Rule 26 Initial Disclosures from Plaintiff (ECF No. 23), wherein Defendant outlined its good faith attempts to confer with Plaintiff to resolve this dispute. Specifically, Defendant spoke on the telephone with Plaintiff on February 14, 2019. To date, Plaintiff has not responded to Defendant's Motion to Compel Rule 26 Initial Disclosures from Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant Mers/Missouri Goodwill Industries' Motion to Compel Rule 26 Initial Disclosures from Plaintiff (ECF No. 21) no later than **March 11, 2019**, or the Court will rule on Defendant's unopposed Motion.

Dated this 1st day of March, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**