UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALERIE BRENSTON, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 4:18-CV-1239 RLW |
| v. | )<br>)<br>) |
| MERS/MISSOURI GOODWILL INDUSTRIES, | )<br>)<br>) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

On February 5, 2019, Defendant Mers/Missouri Goodwill Industries filed its Motion to Compel Rule 26 Initial Disclosures from Plaintiff. (ECF No. 21). Defendant claims that Plaintiff Valerie Brenston did not make her Rule 26(a)(1) disclosures on January 14, 2019, as required by the Court's December 14, 2018 Case Management Order (ECF No. 20). On February 15, 2019, Defendant filed a Supplemental Memorandum of Law in Support of its Motion to Compel Rule 26 Initial Disclosures from Plaintiff (ECF No. 23), wherein Defendant outlined its good faith attempts to confer with Plaintiff to resolve this dispute. On March 1, 2019, this Court issued its Memorandum and Order (ECF No. 26), granting Plaintiff until March 11, 2019 to respond to Defendant Mers/Missouri Goodwill Industries' Motion to Compel Rule 26 Initial Disclosures from Plaintiff. To date, Plaintiff has not responded to Defendant's Motion to Compel Rule 26 Initial Disclosures from Plaintiff (ECF No. 21) or to this Court's Memorandum and Order (ECF No. 26).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Mers/Missouri Goodwill Industries' Motion to Compel Rule 26 Initial Disclosures from Plaintiff (ECF No. 21) is **GRANTED**. Plaintiff shall provide her Rule 26 Initial Disclosures no later than **March 22, 2019**. If Plaintiff does not provide her Rule 26 Initial Disclosures by March 22, 2019, then the Court may impose sanctions on Plaintiff, including striking her pleadings and/or dismissing her lawsuit for failure to prosecute her claims.

**IT IS FURTHER ORDERED** that Defendant Mers/Missouri Goodwill Industries shall notify the Court no later than **March 25, 2019** to advise if it has received Plaintiff's Rule 26 Initial Disclosures.

Dated this 12th day of March, 2019.

							/s/ Ronnie L. White
							**RONNIE L. WHITE**
							**UNITED STATES DISTRICT JUDGE**